## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHARLES J. YOUNGBERG**                                                              **PLAINTIFF**

**V.**                                        **CASE NO. 4:23-cv-00402 JM**

**ROGER GARDNER, Mayor,**
**Mountain View,** *et al.*                                                            **DEFENDANTS**

### <u>ORDER</u>

By Order issued on August 6, 2024, the Court directed Youngberg to provide a status update no later than August 29, 2024, explaining whether he intended to continue with his case. (Doc. 55). The order was mailed to Youngberg but has been returned as undeliverable. (Doc. 56–57). Accordingly, the Clerk of Court is directed to lift the stay and close this case. Youngberg's complaint is dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 4th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE