IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES J. YOUNGBERG**                                                                                         **PLAINTIFF**

V.                                        CASE NO. 4:23-cv-00402 JM

**ROGER GARDNER, Mayor,**
**Mountain View,** *et al*.                                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 4th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE